FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2007 OCT 16  PM 12: 24

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

GREGORY S. GOODYEAR,

      Plaintiff,

vs.

Case No. 2:07-cv-656-FtM-34DNF

WILLIAM C. MCIVER, CIRCUIT COURT JUDGE,

      Defendant.

_____

## ORDER OF DISMISSAL[1]

This matter comes before the Court upon initial review of the file. *Pro se* Plaintiff, who is currently held at the Lee County Jail, filed a civil rights Complaint (Doc. #1) pursuant to 42 U.S.C. § 1983. Plaintiff did not accompany the filing of his Complaint with either the requisite $350.00 filing fee or a motion to proceed *in forma pauperis*.

In summary, Plaintiff sues the Honorable William McIver, who is apparently a circuit court judge. Complaint at 1. The majority of the facts in the Complaint pertain to Plaintiff's pending state criminal trial and allege conspiracy among the judges in the Twentieth Judicial Circuit. See generally Compliant. However,

_____

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the motions addressed herein and is not intended for official publication or to serve as precedent.

Plaintiff vaguely alleges that Defendant McIver "should have sought proper authority and had the plaintiff released from jail, knowing he is being wrongfully held on a closed procedural false arrest." Id. at 3. The Complaint is unclear as to what relief Plaintiff seeks.

The Prison Litigation Reform Act (hereinafter PLRA), which amended 28 U.S.C. § 1915, contains the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Section 1915, known as the "Three Strikes Rule" only permits a prisoner to file "three meritless suits at the reduced rate." Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002). Additionally, the Court may consider prisoner actions dismissed before, as well as after, the enactment of the PLRA. Rivera v. Allin, 144 F.3d 719, 730 (11th Cir. 1998).

The Court takes judicial notice that Plaintiff filed the following civil rights actions in this Court that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted: (1) 2:07-cv-192, (2)

2:07-cv-130, (3) 2:07-cv-276.² Because Plaintiff has had three or more qualifying dismissals and it does not appear that he is imminent danger of serious physical injury, this action will be dismissed without prejudice. If Plaintiff wishes to prosecute this action, he is required to file a new civil rights complaint form and pay the $350.00 filing fee in its entirety <u>at the time of filing</u>.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Complaint (Doc. #1) is **dismissed without prejudice**.

2. The Clerk of Court is directed to terminate any outstanding motions, enter judgment accordingly, and close this file

**DONE AND ORDERED** in Fort Myers, Florida, on this 15th day of October, 2007.

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record

---

²Since February 2007, Plaintiff has initiated more than 20 actions with this Court. <u>See</u> https://pacer.uspci.uscourts.gov

-3-